JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEIN O. VERNON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. LARIOS,<br><br>　　　　Defendant. | Case No. 5:22-cv-01457-SSS (MAA)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint (ECF No. 14); the briefs and documents filed in support of and in opposition to Defendants' Motion to Dismiss Without Prejudice or to Transfer Case for Improper Venue ("Motion," ECF No. 27); the other records on file herein; and the Report and Recommendation of United States Magistrate Judge (ECF No. 44). Further, the time for filing objections has expired and no objections have been made.  The Court accepts the findings and recommendations of the Magistrate Judge.

**IT THEREFORE IS ORDERED** that:

(1)　The Report and Recommendation of United States Magistrate Judge is **ACCEPTED**;

(2) The Motion is **GRANTED** in part and **DENIED** in part as follows:

    a. Defendant's request that the lawsuit be dismissed for improper venue is **DENIED**; and

    b. Defendant's alternative request that the lawsuit be transferred to the United States District Court for the Southern District of California is **GRANTED**;

(3) The Clerk is directed to **TRANSFER** the case to the United States District Court for the Southern District of California.

Date: April 28, 2023

SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE